UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ANTHONY MACHIAVELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00340-JDL |
| | ) | |
| CAPTAIN HAROLD ABBOTT, JR., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 13) with the court on October 23, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired November 9, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 13) is hereby **ADOPTED**. Plaintiff's motion for an injunction or temporary restraining order (ECF No. 11) is **DENIED**.

**SO ORDERED.**

Dated this 11th day of December, 2015.

/s/ Jon D. Levy
**U.S. DISTRICT JUDGE**