UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY MACHIAVELLI,            ) | |
| )| |
| Plaintiff,            ) | |
| ) | |
|             v.            ) | 1:15-cv-00340-JDL |
| ) | |
| CAPTAIN HAROLD ABBOTT, JR., ) | |
| et al.,            ) | |
| ) | |
| Defendants.            ) | |

**ORDER DENYING APPEAL OF MAGISTRATE JUDGE'S DECISION**

The United States Magistrate Judge filed with the Court on May 27, 2016, an Order on Plaintiff's Motion to Appoint Counsel. ECF No. 42. Plaintiff Anthony Machiavelli filed an appeal of the Order on June 16, 2016. ECF No. 45.

I have carefully reviewed and considered the Magistrate Judge's Order, together with the entire record, and have made a *de novo* determination of the matter adjudicated by the Magistrate Judge's Order. I concur with the Magistrate Judge for the reasons set forth in his Order and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Order on Plaintiff's Motion to Appoint Counsel (ECF No. 42) is **AFFIRMED** and the Plaintiff's Appeal of the Magistrate Judge's Decision (ECF No. 45) pursuant to Federal Rule of Civil Procedure 72(a) is **DENIED**.

**SO ORDERED.**

Dated this 14th day of July, 2016.

                                                                                                       **/s/ Jon D. Levy**
                                                                                                   **U.S. DISTRICT JUDGE**