# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| ANTHONY MACHIAVELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00340-JDL |
| | ) | |
| HAROLD ABBOTT, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 86) with the court on April 4, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired April 18, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Defendants' Motion for Summary Judgment (ECF No. 61) is **GRANTED**.

**SO ORDERED.**

**Dated this 25th day of April 2017**

                                              /s/ Jon D. Levy
                                            **U.S. DISTRICT JUDGE**