# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| ANTHONY MACHIAVELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00340-JDL |
| | ) | |
| HAROLD ABBOTT, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 86) with the Court on April 4, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). Machiavelli failed to object to the Magistrate Judge's Recommended Decision within the time period set out in § 636(b)(1), and I entered an order accepting the Recommended Decision. ECF No. 87. Machiavelli subsequently filed a motion for reconsideration, asking leave of the Court to file an objection to the Recommended Decision after the time allowed, claiming that he had not been provided a copy of the Magistrate Judge's opinion. *See* ECF No. 89. I granted leave, and Machiavelli filed an Objection to the Recommended Decision on July 3, 2017. ECF No. 93. The Defendants filed a Response to the Plaintiff's Objection on July 20, 2017. ECF No. 94. Machiavelli filed a Reply on August 3, 2017. ECF No. 95.

Although Machiavelli's objections were submitted in the form of a motion for reconsideration, I have conducted a de novo review of the Magistrate Judge's Recommended Decision as if Machiavelli's objection had been timely submitted. I

have considered the entire record, and have made a de novo determination of all matters adjudicated by the Recommended Decision. I have carefully considered the arguments raised by Machiavelli in his objection and his reply, but conclude that they do not justify revisiting the Magistrate Judge's legal conclusions.

It is therefore **ORDERED** that the Plaintiff's Motion for Reconsideration (ECF No. 89) and Objection to the Recommended Decision (ECF No. 93) are **DENIED**. As stated in my order of April 25, 2017 (ECF No. 87), the Magistrate Judge's Recommended Decision is **ACCEPTED**, and the Defendants' Motion for Summary Judgment is **GRANTED.**

**SO ORDERED.**

**Dated this 14th day of August 2017**

    /s/ Jon D. Levy
    **U.S. DISTRICT JUDGE**